Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
Phone: 510-463-3350
Fax: 510-463-3349

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CURTIS CRENSHAW,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY AHERN; RONALD H. BROACH; and DAVID M. RONQUILLO<br><br>　　　　Defendants. | Case No.: 4:19-cv-02937-SBA<br><br>**PLAINTIFF'S CERTIFICATE OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER** |

　　　Plaintiff files this Certificate of Service of Case Management Scheduling Order pursuant to the Court's August 30, 2019 Order. Dkt 14 1/20-23. Counsel of record for Defendants had appeared in the case previously and was provided the Court's Order through the ECF system.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KATON.LAW

　　　　　　　　　　　　　　　　/s/ Glenn Katon
　　　　　　　　　　　　　　　　GLENN KATON