Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFF
CURTIS CRENSHAW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CRENSHAW,<br><br>             Plaintiff,<br><br>v.<br><br>GREGRORY AHERN, et al.,<br><br>             Defendants. | Case No.  4:19-cv-2937-SBA (DMR)<br><br>**UNOPPOSED MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR CURTIS CRENSHAW TO APPEAR AT SETTLEMENT CONFERENCE**<br><br>Hrg: March 5, 2020 at 11:30 a.m.<br><br>Judge Ryu, Federal Courthouse<br>1301 Clay Street, Oakland, CA 94612 |

PLEASE TAKE NOTICE that Plaintiff moves the Court to issue a Writ of Habeas Corpus Ad Testificandum for Curtis Crenshaw (#ULU548) currently in the custody of the Alameda County Sheriff's Department, so that he is present for the settlement conference before U.S. Magistrate Judge Donna M. Ryu at the U. S. District Court, March 5, 2020, at 11:30 a.m. at 1301 Clay Street, Oakland, CA 94612, until such time as the conference is concluded by Judge Ryu.

Plaintiff believes the potential for resolving the case at the settlement conference will be increased greatly if he is able to participate in person. Defendants do not oppose this motion.

Respectfully submitted,

/s/ Glenn Katon
Glenn Katon