UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CRENSHAW,<br><br>        Plaintiff,<br>v.<br><br>GREGORY AHERN, et al.,<br><br>        Defendants. | Case No.  4:19-cv-2937-SBA (DMR)<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CURTIS CRENSHAW (#ULU548)** |

    CURTIS CRENSHAW (#ULU548), a necessary and material witness on his own behalf in proceedings in the settlement conference on March 5, 2020 in the above-named case, is in the custody of the Alameda County Sheriff, confined at the Santa Rita Jail at 5325 Broder Blvd., Dublin, CA 94568. In order to secure this prisoner's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the prisoner before U.S. Magistrate Judge Donna M. Ryu at the U. S. District Court, 1301 Clay Street, Courtroom 4, Third Floor, Oakland, CA, 94612 on March 5, 2020 at 11:30 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**
1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the prisoner named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, until such time as the settlement conference is concluded by Judge Ryu.
2. The custodian is ordered to notify the court of any change in custody of this prisoner and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612:**

    **WE COMMAND** you to produce the prisoner named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, until such time as the settlement conference is concluded by U.S. Magistrate Judge Donna M. Ryu.
    **FURTHER**, you have been ordered to notify the court of any change in custody of the prisoner and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED this _____ day of February, 2020.

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE