# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No._____ Date_____

_____ vs. _____

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| ☐ Plaintiff | | ☐ Defendant | | |
| | | | DATE | |
| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | Marked for indentification | Admitted in Evidence |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |