# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No._____ Date_____

_____ vs. _____

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| ☐ Plaintiff | | | ☐ Defendant | |
| | | | DATE | |
| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | Marked for indentification | Admitted in Evidence |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **Plaintiff's Exhibit Markers** | **Defendant's Exhibit Markers** |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br> PLNTF EXHIBIT NO.<br><br>Date Admitted:<br><br>Susan Y. Soong, Clerk<br>By:_____, Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br> DEFT EXHIBIT NO.<br><br>Date Admitted:<br><br>Susan Y. Soong, Clerk<br>By:_____, Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br> PLNTF EXHIBIT NO.<br><br>Date Admitted:<br><br>Susan Y. Soong, Clerk<br>By:_____, Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br> DEFT EXHIBIT NO.<br><br>Date Admitted:<br><br>Susan Y. Soong, Clerk<br>By:_____, Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br> PLNTF EXHIBIT NO.<br><br>Date Admitted:<br><br>Susan Y. Soong, Clerk<br>By:_____, Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br> DEFT EXHIBIT NO.<br><br>Date Admitted:<br><br>Susan Y. Soong, Clerk<br>By:_____, Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br> PLNTF EXHIBIT NO.<br><br>Date Admitted:<br><br>Susan Y. Soong, Clerk<br>By:_____, Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Case #:<br><br> DEFT EXHIBIT NO.<br><br>Date Admitted:<br><br>Susan Y. Soong, Clerk<br>By:_____, Deputy Clerk |

Counsel shall meet and confer pursuant to Civil L.R. 30-2(b) and assign blocks of numbers to the exhibits (i.e. Plaintiff P1 -P499 and D500 - D999) Exhibit markers should be placed on the lower right-hand corner of the exhibit. Exhibits should be contained within a binder with each exhibit separated by a tabbed page denoting the exhibit number.