# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CRENSHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY AHERN, et al.,<br><br>    Defendants. | Case No. 4:19-cv-02937-SBA (DMR)<br><br>**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. No. 22 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that the settlement conference previously scheduled for March 5, 2020 at 11:30 a.m. has been RESCHEDULED to **March 5, 2020 at 1:00 p.m.,** which shall be held in Santa Rita Jail.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated November 14, 2019. [*See* Docket No. 22.]

**IT IS SO ORDERED.**

Dated: February 26, 2020

_____
DONNA M. RYU
United States Magistrate Judge