# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CURTIS CRENSHAW,<br><br>    Plaintiff,<br><br>  vs.<br><br>GREGORY AHERN, et al.,<br><br>    Defendants. | Case No: 19-cv-02937 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of the action, see Dkt. 27, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. The unopposed motion for writ of habeas corpus ad testificandum, Dkt. 23, is DENIED as moot. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and a pretrial schedule will be reset, provided such motion is filed within thirty days of the date this order is filed.

IT IS SO ORDERED.

Dated: 03/09/2020

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge